Kevin T. Aubart of 3162 Snyder CT, Honolulu, HI 96818 (808) 426-0816

RECEIVED BY OVERNIGHT FILING

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

ORIGINAL

KEVIN T. AUBART )
v. )
)
Ryan McCarthy, )
SECRETARY OF THE ARMY )
)

CASE NO: CIVIL 19459 ACK-KJM

**PLAINTIFF'S FEDERAL TORTS CLAIM ACT COMPLAINT (FTCA)**

DATE: November 13, 2019

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 17 2019
at 10 o'clock and 45 min. A M
SUE BEITIA, CLERK

LS

UNSIGNED.
LS

## PLAINTIFF'S RESPONSE TO THE ARMY'S NOTICE OF RELATED CASES

1. Plaintiff, Pro Se, submits this response & opposition to Defendant's 11/06/2019 Notice of Related Cases and Motion to Assign the case to Judge Kobayashi.

2. These FTCA personal injury claims are not related to the issue of whether employees are entitled to travel reimbursement. These FTCA personal injury claims arose from the Army's negligent and unlawful conduct in response to Plaintiff engaging in protected activities.

3. Plaintiff is opposed to assigning this case to the original judge, US District Judge Kobayashi, because Judge Kobayashi is clearly biased against pro se litigants and she gives the appearance of favoritism to the government in both her words and actions. In fact, Judge Kobayashi's failure to be fair and impartial are the basis for Plaintiff's appeal to the Appellate Court as documented in Plaintiff's Appellate brief.

4. For these reasons, Plaintiff opposes this case being assigned to Judge Kobayashi.

5. Plaintiff also files Plaintiff's Amended FTCA Complaint herein.

Respectfully submitted,

Kevin T. Aubart, Pro Se
3162 Snyder CT
Honolulu, HI 96818
Cell (808) 426-0816

Kevin T. Aubart, 3162 Snyder CT., Honolulu, HI 96818 (808) 426-0816

# CERTIFICATE OF SERVICE

I certify that this filing was served to the following:

| Sent by certified mail to: | Filed in night deposit at: |
|---|---|
| **United States Attorney's Office**<br>**District of Hawaii**<br>**300 Ala Moana Blvd., Room 6-100**<br>**Honolulu, Hawaii 96850** | **US District Court,**<br>**District of Hawaii,**<br>**300 Ala Moana Blvd # C338,**<br>**Honolulu, HI 96850** |

Date: November 13, 2019

Kevin T. Aubart, Pro Se
3162 Snyder CT
Honolulu, HI 96818
Cell (808) 426-0816
Office (808) 787-5322