KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

SYDNEY SPECTOR
Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Sydney.Spector@usdoj.gov

Attorneys for Defendant
HONORABLE RYAN MCCARTHY,
SECRETARY OF THE ARMY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN T. AUBART,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HONORABLE RYAN MCCARTHY, SECRETARY OF THE ARMY, [1]<br><br>　　　　　Defendant. | CIVIL NO. 19-00459 ACK-KJM<br><br>DEFENDANT SECRETARY OF THE ARMY'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |

DEFENDANT SECRETARY OF THE ARMY'S
RULE 16 SCHEDULING CONFERENCE STATEMENT

---

[1] Although the caption and Amended Complaint refer to the defendant as "Acting Secretary of the Army," Ryan D. McCarthy was sworn in as the Secretary of the Army on September 30, 2019.

Defendant Honorable Ryan McCarthy, Secretary of the Army (the "Secretary"), by and through his attorneys, United States Attorney for the District of Hawaii Kenji M. Price and Assistant United States Attorney Sydney Spector, respectfully submits this Rule 16 Scheduling Conference Statement.

1. NATURE OF THE CASE

*Pro se* Plaintiff Kevin T. Aubart, a civilian Department of Defense employee, filed the instant Federal Tort Claims Act, 28 U.S.C. § 1346, ("FTCA") action against the Secretary, alleging eleven "negligent and wrongful acts by [the Secretary's] officers, employees, and agents" (the "FTCA Action"). All of the claims arise from, or relate to, the denial of Plaintiff's request for mileage reimbursement for a nine-month period, during which the Army changed Plaintiff's duty station from Fort Shafter to Schofield Barracks, while Fort Shafter was being renovated.

Plaintiff's claim for mileage reimbursement was the subject of a previous action filed by Plaintiff, *Aubart v. Esper*, Civ. No. 17-00611 LEK-KJM (the "Mileage Reimbursement Action"). In the Mileage Reimbursement Action, the Court granted summary judgment to the Secretary on the grounds that Schofield Barracks was Plaintiff's permanent duty station during the nine-month period at issue, and thus, Plaintiff was not entitled to mileage reimbursement for using his

personal vehicle to commute to Schofield Barracks. Plaintiff has appealed the case to the Ninth Circuit Court of Appeals.

In the instant FTCA Action, the alleged "negligent and wrongful" conduct generally includes misrepresentations that were allegedly made to "depriv[e] Plaintiff of lawful benefits," retaliation against Plaintiff for pursuing claims for mileage reimbursement, and infringement of Plaintiff's right to free speech in connection with his mileage reimbursement claims. (Am. Compl., ECF No. 8.)

The Secretary believes that none of Plaintiff's claims are viable and intends to move for dismissal, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

2. STATEMENT OF JURISDICTION

The Secretary disputes the Court's subject matter jurisdiction.

3. DEMAND FOR JURY TRIAL

No demand for jury trial has been filed in this matter.

4. APPROPRIATENESS AND TIMING OF DISCLOSURES

The Secretary requests that all discovery be stayed pending the decision on the Secretary's forthcoming motion to dismiss.

5. DISCOVERY; MOTIONS

Discovery has not yet commenced.

The Secretary intends to file a motion to dismiss by the December 23, 2019 deadline for responding to the Amended Complaint.

6. <u>APPROPRIATENESS OF SPECIAL PROCEDURES</u>

No special procedures appear necessary.

7. <u>RELATED CASES</u>

The Secretary believes that this FTCA Action is related to the Mileage Reimbursement Action, and has filed a Notice of Related Cases. (ECF No. 7.) Plaintiff filed a Response, in which he claims that the two actions are not related. (ECF No. 10.)

8. <u>ANY ADDITIONAL MATTERS</u>

No additional matters need to be raised at this time.

DATED: December 2, 2019, at Honolulu, Hawaii.

> KENJI M. PRICE
> United States Attorney
> District of Hawaii
>
> /s/ Sydney Spector
> By_____
> SYDNEY SPECTOR
> Assistant U.S. Attorney
>
> Attorneys for Defendant
> HONORABLE RYAN MCCARTHY,
> SECRETARY OF THE ARMY

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served via U.S. First Class Mail:

Kevin T. Aubart
3162 Snyder Court
Honolulu, HI 96818

Plaintiff, Pro Se.

Dated: December 2, 2019, at Honolulu, Hawaii.

/s/ Sydney Spector
_____
U.S. Attorney's Office
District of Hawaii